JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, INC. a California Corporation formerly known as mSTATION Corporiation,<br><br>Plaintiff,<br><br>v.<br><br>ISHRAT SURANI, an Individual; NAVED SURANI, an Individual d/b/a DFW COMPUTERS & MORE; and DOES 1-10, Inclusive,<br><br>Defendants. | Case SA CV12-01427-ODW (FFMx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE** *FEDERAL RULES OF CIVIL PROCEDURE* |

- 1 -
**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION**

|   |   |
|---|---|
| 1 | Having considered the parties' Stipulation of Dismissal as to the entire |
| 2 | action pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the |
| 3 | Court hereby orders that this action be dismissed in its entirety, with prejudice, |
| 4 | with each party to bear its/his own attorneys' fees and costs. |
| 5 | IT IS SO ORDERED, ADJUDICATED and DECREED this 17th day of |
| 6 | December, 2012. |

_____
HON. OTIS D. WRIGHT, II
United States District Judge
Central District of California

- 2 -
**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION**