JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, INC. a California Corporation formerly known as mSTATION Corporiation,<br><br>    Plaintiff,<br><br>    v.<br><br>ISHRAT SURANI, an Individual; NAVED SURANI, an Individual d/b/a DFW COMPUTERS & MORE; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case SA CV12-01427-ODW (FFMx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE *FEDERAL RULES OF CIVIL PROCEDURE*** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -
**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION**

1  Having considered the parties' Stipulation of Dismissal as to the entire
2  action pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the
3  Court hereby orders that this action be dismissed in its entirety, with prejudice,
4  with each party to bear its/his own attorneys' fees and costs.
5  IT IS SO ORDERED, ADJUDICATED and DECREED this 17th day of
6  December, 2012.

_____
HON. OTIS D. WRIGHT, II
United States District Judge
Central District of California